**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Southern District of Iowa** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cord, James Raymond Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Cord, D'Ann Jameen** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**FDBA Cord Lawn Care & Landscaping, Inc.** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>    **xxx-xx-0560** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>    **xxx-xx-8354** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3320 Park Avenue**<br>**Des Moines, IA 50321** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**3320 Park Avenue**<br>**Des Moines, IA 50321** |
| County of Residence or of the<br>Principal Place of Business:    **Polk** | County of Residence or of the<br>Principal Place of Business:    **Polk** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | | |
| ☐ Corporation | ☐ Stockbroker | ■ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Chapter 9    ☐ Chapter 12 | |
| ☐ Other_____ | ☐ Clearing Bank | ☐ Sec. 304 - Case ancillary to foreign proceeding | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business      ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>  11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>  Must attach signed application for the court's consideration<br>  certifying that the debtor is unable to pay fee except in installments.<br>  Rule 1006(b). See Official Form No. 3. |

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

**(Official Form 1) (12/03)**

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):            **FORM B1**, Page 2<br>**Cord, James Raymond Jr.**<br>**Cord, D'Ann Jameen** |

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X**    **/s/ James Raymond Cord, Jr.**<br>Signature of Debtor **James Raymond Cord, Jr.**<br><br>**X**    **/s/ D'Ann Jameen Cord**<br>Signature of Joint Debtor   **D'Ann Jameen Cord**<br><br>Telephone Number (If not represented by attorney)<br><br>**June 23, 2005**<br>Date | **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. |
| | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>**X**   **/s/ John M. Miller**        **June 23, 2005**<br>Signature of Attorney for Debtor(s)      Date<br>**John M. Miller IS9999255** |
| **Signature of Attorney**<br><br>**X**    **/s/ John M. Miller**<br>Signature of Attorney for Debtor(s)<br>**John M. Miller IS9999255**<br>Printed Name of Attorney for Debtor(s)<br>**Miller Law Firm, P.C.**<br>Firm Name<br>**974 73rd St.,**<br>**Suite 22**<br>**Des Moines, IA 50312**<br>Address<br>**515-225-3333   Fax: 515-457-9999**<br>Telephone Number<br>**June 23, 2005**<br>Date | **Exhibit C**<br>Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No |
| | **Signature of Non-Attorney Petition Preparer**<br>I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>Printed Name of Bankruptcy Petition Preparer<br><br>Social Security Number (Required by 11 U.S.C.§ 110(c).)<br><br>Address<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X**<br>Signature of Authorized Individual<br><br>Printed Name of Authorized Individual<br><br>Title of Authorized Individual<br><br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>**X**<br>Signature of Bankruptcy Petition Preparer<br><br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |

# United States Bankruptcy Court
## Southern District of Iowa

In re    **James Raymond Cord, Jr.,**
**D'Ann Jameen Cord**        Case No. _____

                                                   Debtors       Chapter           **7**         

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 260,000.00 | | |
| B - Personal Property | Yes | 3 | 36,630.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 548,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 11,089.15 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 153,451.90 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,895.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,359.00 |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 296,630.00 | | |
| Total Liabilities | | | | 712,541.05 | |

In re   **James Raymond Cord, Jr.,**
        **D'Ann Jameen Cord**                                    Case No. _____

                                                   ,
                                              Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Homestead located at 3320 Park Avenue and legally described as: Lot 1 Park Woods, an Official Plat, now included in and forming a part of the City of Des Moines, Polk County, Iowa.** | **Fee Simple Subject to Mortgage - purchased 8/2001** | **J** | **260,000.00** | **324,000.00** |

|  | Sub-Total > | **260,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **260,000.00** |  |

__**0**__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re **James Raymond Cord, Jr.,
D'Ann Jameen Cord**

Case No. _____

,

Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First American Bank - checking / savings** | **J** | **100.00** |
| | | **First Liberty Bank - checking / savings** | **J** | **100.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods - debtors attorney has an itemized list with the original petition** | **J** | **3,730.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | **J** | **1,700.00** |
| 7. Furs and jewelry. | | **Wedding Rings** | **J** | **1,000.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total > **6,630.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re      **James Raymond Cord, Jr.,**                                      Case No. _____
           **D'Ann Jameen Cord**

_____ ,

Debtors
# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **51% owner Cord Lawn Care, Inc.** | **W** | **0.00** |
| | | **49% owner Cord Lawn Care, Inc. (all assets of INC fully secured to First American Bank)** | **H** | **0.00** |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **Accrued wages and tax refunds including any wages previously garnished by any creditor or being held by any entity** | **J** | **2,000.00** |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

|  | Sub-Total > | **2,000.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

In re   **James Raymond Cord, Jr.,**                Case No. _____
        **D'Ann Jameen Cord**

,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Ford Escape** | **W** | **13,000.00** |
| | | **2004 Ford Mustang** | **J** | **15,000.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **28,000.00** |
| Total > | **36,630.00** |

Sheet   **2**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re **James Raymond Cord, Jr.,
D'Ann Jameen Cord**                                    Case No. _____

                                                   ,
                                              Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Homestead located at 3320 Park Avenue and legally described as: Lot 1 Park Woods, an Official Plat, now included in and forming a part of the City of Des Moines, Polk County, Iowa.** | **Iowa Code §§ 561.2, 561.16, 499A.18** | **0.00** | **260,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **First American Bank - checking / savings** | **Iowa Code § 627.6(13)** | **100.00** | **100.00** |
| **First Liberty Bank - checking / savings** | **Iowa Code § 627.6(13)** | **100.00** | **100.00** |
| **Household Goods and Furnishings** | | | |
| **Household Goods - debtors attorney has an itemized list with the original petition** | **Iowa Code § 627.6(5)** | **3,730.00** | **3,730.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **Iowa Code § 627.6(1)** | **1,700.00** | **1,700.00** |
| **Furs and Jewelry** | | | |
| **Wedding Rings** | **Iowa Code § 627.6(1)** | **1,000.00** | **1,000.00** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Accrued wages and tax refunds including any wages previously garnished by any creditor or being held by any entity** | **Debtor(s) claim(s) the maximum allowable wage (or garnished wage) exemption pursuant to Iowa Code §§ 627.6(9)(c) and 642.21 (1)(b) IA; 537.5105 and 15 USC 1673.** | **2,000.00** | **2,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2003 Ford Escape** | **Iowa Code § 627.6(9)** | **0.00** | **13,000.00** |
| **2004 Ford Mustang** | **Iowa Code § 627.6(9)** | **0.00** | **15,000.00** |
| **Other Exemptions** | | | |
| * | **Amounts shown are debtors best estimates of the value of the property shown and the value of the exemptions. It is debtors intention to claim ALL equity or value in every exemption listed as exempt.** | **0.00** | **0.00** |

___**0**___   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6D
(12/03)

In re   **James Raymond Cord, Jr.,**
      **D'Ann Jameen Cord**
      _____ ,

Case No. _____

                  Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | **Purchase Money Security** | | | | | |
| **Creditor #: 1** **Capitol One Auto Finance** **P.O. Box 255605** **Sacramento, CA 95865** | | | J | | **2004 Ford Mustang** | | | | | |
| | | | | | Value $       **15,000.00** | | | | **15,500.00** | **500.00** |
| Account No. **xxxx4484** | | | | | **Second Mortgage** | | | | | |
| **Creditor #: 2** **First American Bank** **12333 University Avenue** **Clive, IA 50325** | | | J | | **Homestead located at 3320 Park Avenue and legally described as: Lot 1 Park Woods, an Official Plat, now included in and forming a part of the City of Des Moines, Polk County, Iowa.** | | | | | |
| | | | | | Value $       **260,000.00** | | | | **129,000.00** | **64,000.00** |
| Account No. **xxxx5846** | | | | | **Business loan** | | | | | |
| **Creditor #: 3** **First American Bank** **12333 University Avenue** **Clive, IA 50325** | | | J | | **Blanket security intrest and UCC filiing on all equipment, tools, inventory, A/R of Cord INC.** | | | | | |
| | | | | | Value $       **60,000.00** | | | | **50,000.00** | **0.00** |
| Account No. **xxxx5853** | | | | | **Business loan** | | | | | |
| **Creditor #: 4** **First American Bank** **12333 University Avenue** **Clive, IA 50325** | | | J | | **Blanket security intrest and UCC filiing on all equipment, tools, inventory, A/R of Cord INC.** | | | | | |
| | | | | | Value $       **60,000.00** | | | | **44,000.00** | **0.00** |

__1___ continuation sheets attached

Subtotal
(Total of this page)     **238,500.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6D - Cont.
(12/03)

In re **James Raymond Cord, Jr.,**               Case No. _____
     **D'Ann Jameen Cord**

_____,
                        Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx4940**<br><br>**Creditor #: 5**<br>**Ford Motor Company**<br>**P.O. Box 152271**<br>**Irving, TX 75015** | | J | **2004**<br><br>**Purchase Money Security**<br><br>**2004 Ford FX4 4x4**<br><br>Value $    **30,000.00** | | | | **31,000.00** | **1,000.00** |
| Account No. **xxxxxxx7518 AA/AB**<br><br>**Creditor #: 6**<br>**John Deere Credit**<br>**PO Box 4450**<br>**Carol Stream, IL 60197** | | J | **2003**<br><br>**Purchase Money Security**<br><br>**Business Equipment**<br><br>Value $    **40,000.00** | | | | **69,000.00** | **29,000.00** |
| Account No.<br><br>**Creditor #: 7**<br>**Spiffy Financial Auto**<br>**PO Box 8021**<br>**South Hackensack, NJ 07606** | | J | **Purchase Money Security**<br><br>**2003 Ford Escape**<br><br>Value $    **13,000.00** | | | | **14,500.00** | **1,500.00** |
| Account No.<br><br>**Creditor #: 8**<br>**Your Best Rate Financial**<br>**Po Box 712**<br>**Des Moines, IA 50309** | | J | **2001**<br>**Mortgage**<br>**Homestead located at 3320 Park Avenue and legally described as: Lot 1 Park Woods, an Official Plat, now included in and forming a part of the City of Des Moines, Polk County, Iowa.**<br>Value $    **260,000.00** | | | | **195,000.00** | **0.00** |
| Account No.<br><br><br><br>Value $ | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **309,500.00** |
| Total<br>(Report on Summary of Schedules) | **548,000.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6E
(04/04)

In re      **James Raymond Cord, Jr.,**                                        Case No. _____
           **D'Ann Jameen Cord**

_____,
                                    Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1**___ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re     **James Raymond Cord, Jr.,**                                    Case No. _____
          **D'Ann Jameen Cord**
          _____ ,
                                          Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 1 Internal Revenue Service Associate Area Counsel Roman L. Hruska Courthouse 111 South 18th Plaza, Suite 2201 Omaha, NE 68102-1321** | | J | **2004** <br><br> **Federal income taxes** | | | | 8,627.06 | 8,627.06 |
| Account No. **Representing: Internal Revenue Service** | | | **Internal Revenue Service Insolvency Group 210 Walnut Street, Stop 5301 Des Moines, IA 50309-2109** | | | | | |
| Account No. **Representing: Internal Revenue Service** | | | **U.S. Attorneys Office (IRS) 110 E. Court Avenue, Ste. 286 Des Moines, IA 50309-2053** | | | | | |
| Account No. **Creditor #: 2 Iowa Department of Revenue & Finance Attn: Bankruptcy Unit Hoover State Office Building Des Moines, IA 50309** | | J | **2005** <br><br> **Sales taxes** | | | | 2,462.09 | 2,462.09 |
| Account No. **xxxxxx5001** **Creditor #: 3 Iowa Dept of Revenue Hoover State Office Bldg. Des Moines, IA 50319** | | J | **State taxes** | | | | 0.00 | 0.00 |

Sheet __1___ of __1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 11,089.15 | |
| Total (Report on Summary of Schedules) | 11,089.15 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F
(12/03)

In re   **James Raymond Cord, Jr.,**                                       Case No. _____
     **D'Ann Jameen Cord**
_____,
                                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx3898** | | | J | **Business Expense** | | | | |
| **Creditor #: 1**<br>**ADP - Payroll**<br>**5701 Pine Island Road Suite 360**<br>**Fort Lauderdale, FL 33321** | | | | | | | | **15,697.30** |
| Account No. **xxxx xxxxx5372** | | | J | **Business expense** | | | | |
| **Creditor #: 2**<br>**Advance Stores Company**<br>**PO Box 60022**<br>**City Of Industry, CA 91716** | | | | | | | | **110.23** |
| Account No. **xxxxxxxxx-x1009** | | | J | **Business expense** | | | | |
| **Creditor #: 3**<br>**American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265** | | | | | | | | **2,390.03** |
| Account No. | | | J | **Business loan** | | | | |
| **Creditor #: 4**<br>**Andrew Nish**<br>**4400 Greenwood Dr**<br>**Des Moines, IA 50312** | | | | | | | | **17,100.00** |

___15___  continuation sheets attached

Subtotal
(Total of this page)    **35,297.56**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    S/N:26892-050615   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **James Raymond Cord, Jr.,**
  **D'Ann Jameen Cord**
  Case No. _____

_____ ,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 5** <br> **Aspen Athletic** <br> **PO Box 1750** <br> **Escondido, CA 92033** | | J | **Miscellaneous** | | | | 20.14 |
| Account No. <br> **Creditor #: 6** <br> **Associated Anesthesiologist** <br> **1215 Pleasant St., Ste. 400** <br> **Des Moines, IA 50309** | | J | **Medical** | | | | 67.60 |
| Account No. **xxxx-xxxx-xxxx-0783** <br> **Creditor #: 7** <br> **AT & T Universal Card** <br> **Po Box 688903** <br> **Des Moines, IA 50368** | | J | **Credit card purchases** | | | | 6,284.53 |
| Account No. **Des Moines** <br> **Creditor #: 8** <br> **Biehl & Biehl** <br> **PO Box 66415** <br> **Amf Ohare, IL 60666** | | J | **Business Expense** | | | | 976.00 |
| Account No. **xxxxx4409** <br> **Creditor #: 9** <br> **BMG** <br> **P.O. Box 91545** <br> **Indianapolis, IN 46291-0545** | | J | **Miscellaneous** | | | | 42.77 |

Sheet no. __1___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **7,391.04**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re     **James Raymond Cord, Jr.,**                                          Case No. _____
          **D'Ann Jameen Cord**
          _____,
                                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4484** <br><br> **Creditor #: 10** <br> **Certegy Payment Recovery Services, Inc.** <br> **550 Greensboro Ave** <br> **Suite 301** <br> **Tuscaloosa, AL 35401** | | J | **Business Expense** | | | | 477.00 |
| Account No. **xxxxxx4975** <br><br> **Creditor #: 11** <br> **Check Recovery Solutions** <br> **2611 Ingersoll Ave** <br> **Des Moines, IA 50311** | | J | **Insufficient Funds-Business** | | | | 1,580.00 |
| Account No. **xxxxx2495** <br><br> **Creditor #: 12** <br> **Check Recovery Solutions** <br> **2611 Ingersoll Ave** <br> **Des Moines, IA 50311** | | J | **Insufficient Funds-Business** | | | | 805.00 |
| Account No. **xxxxx-x4975** <br><br> **Creditor #: 13** <br> **Check Recovery Solutions** <br> **2611 Ingersoll Ave** <br> **Des Moines, IA 50311** | | J | **Insufficient Funds-Business** | | | | 232.00 |
| Account No. **xxxxx x4975** <br><br> **Creditor #: 14** <br> **Check Recovery Solutions** <br> **2611 Ingersoll Ave** <br> **Des Moines, IA 50311** | | J | **Insufficient Funds-Business** | | | | 95.00 |

Sheet no. __**2**___ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **3,189.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **James Raymond Cord, Jr.,**                                      Case No. _____
        **D'Ann Jameen Cord**
_____ ,
                                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7930** <br><br> **Creditor #: 15** <br> **Cingular Wireless** <br> **Po Box 6438** <br> **Carol Stream, IL 60197** | | J | **Cell Phone-Business** | | | | 297.75 |
| Account No. **xxxxx8215** <br><br> **Creditor #: 16** <br> **Cingular Wireless** <br> **Po Box 6438** <br> **Carol Stream, IL 60197** | | J | **Cell Phone-Business** | | | | 289.82 |
| Account No. **xxxxx1467** <br><br> **Creditor #: 17** <br> **Cingular Wireless** <br> **Po Box 6438** <br> **Carol Stream, IL 60197** | | J | **Cell Phone-Business** | | | | 137.15 |
| Account No. **xxxxxxxxxxxx9251** <br><br> **Creditor #: 18** <br> **Citicards** <br> **Po Box 45129** <br> **Jacksonville, FL 32232** | | J | **Business expense** | | | | 317.00 |
| Account No. **Parking Ticket** <br><br> **Creditor #: 19** <br> **City of Iowa City** <br> **Treasury Division** <br> **410 E Washington ST** <br> **Iowa City, IA 52240** | | J | **Collection** | | | | 10.00 |

Sheet no. __3__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,051.72**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **James Raymond Cord, Jr.,**
**D'Ann Jameen Cord**                                              Case No. _____

_____,
                                          Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0725** <br><br>**Creditor #: 20**<br>**Clive Power Equipment**<br>**7600 Universtiy**<br>**Suite D**<br>**Clive, IA 50325** | | J | **Business expense** | | | | 520.64 |
| Account No. **xxx0725** <br><br>**Creditor #: 21**<br>**Clive Power Equipment**<br>**7600 Universtiy**<br>**Suite D**<br>**Clive, IA 50325** | | J | **Business expense** | | | | 31.71 |
| Account No. **xxxxxxx3 001** <br><br>**Creditor #: 22**<br>**CRA Security Systems**<br>**P.O. Box 67555**<br>**Harrisburg, PA 17106-7555** | | J | **Business expense** | | | | 54.50 |
| Account No. **xxxxx5098** <br><br>**Creditor #: 23**<br>**Dex Media**<br>**6401 Sycamore Court N**<br>**Osseo, MN 55369** | | J | **Business Advertising** | | | | 16,000.00 |
| Account No. **xxxx-xxxx-xxxx-8283** <br><br>**Creditor #: 24**<br>**Discover Card**<br>**PO Box 30395**<br>**Salt Lake City, UT 84130-0395** | | J | **Credit card purchases** | | | | 2,068.76 |

Sheet no. __4___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,675.61

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **James Raymond Cord, Jr.,**
**D'Ann Jameen Cord**

Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-1807** <br><br> **Creditor #: 25** <br> **Discover Financial Services** <br> **PO Box 3008** <br> **New Albany, OH 43054** | | J | **Business Expense** | | | | **9,643.07** |
| Account No. **xxx xxxxxx3 000** <br><br> **Creditor #: 26** <br> **First Data Leasing Solutions** <br> **PO Box 407092** <br> **Fort Lauderdale, FL 33340** | | J | **Business expense** | | | | **65.36** |
| Account No. **xxxx56E 15** <br><br> **Creditor #: 27** <br> **First Premier** <br> **900 W Delaware Street** <br> **Sioux Falls, SD 57104-0347** | | J | **Business expense** | | | | **398.87** |
| Account No. **xxxx-xxxx-xxxx-8917** <br><br> **Creditor #: 28** <br> **First Premier** <br> **PO Box 5147** <br> **Sioux Falls, SD 57117-5147** | | J | **Credit card purchases** | | | | **340.27** |
| Account No. **xx3795** <br><br> **Creditor #: 29** <br> **Great American Outdoor** <br> **710 East Army Post RD** <br> **Des Moines, IA 50315** | | J | **Business expense** | | | | **944.33** |

Sheet no. __5__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **11,391.90**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **James Raymond Cord, Jr.,**
**D'Ann Jameen Cord**                                         Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0975**<br>**Creditor #: 30**<br>**Household**<br>**PO Box 4155**<br>**Carol Stream, IL 60197** | | J | **Credit card purchases** | | | | 134.97 |
| Account No. **xxxxxxx xxxxxxx4184**<br>**Creditor #: 31**<br>**HSBC Business Solutions**<br>**Po box 5219**<br>**Carol Stream, IL 60197** | | J | **Business expense** | | | | 135.82 |
| Account No. **xx7417**<br>**Creditor #: 32**<br>**Hy-Vee**<br>**PO Box 42396**<br>**Urbandale, IA 50322** | | J | **Business expense** | | | | 702.08 |
| Account No. **xx6802**<br>**Creditor #: 33**<br>**Hy-Vee**<br>**PO Box 42396**<br>**Urbandale, IA 50322** | | J | **Business expense** | | | | 49.68 |
| Account No. **Ch 7923**<br>**Creditor #: 34**<br>**Hy-Vee**<br>**PO Box 42396**<br>**Urbandale, IA 50322** | | J | **Insufficient Funds** | | | | 19.68 |

Sheet no. __6__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,042.23**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **James Raymond Cord, Jr.,**
         **D'Ann Jameen Cord**                                      Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **CORDJA1**<br><br>**Creditor #: 35**<br>**Independent Insurance Associates**<br>**PO Box 7508**<br>**Urbandale, IA 50323** | | J | **Business expense** | | | | 438.00 |
| Account No. **CORDJA1**<br><br>**Creditor #: 36**<br>**Independent Insurance Associates**<br>**PO Box 7508**<br>**Urbandale, IA 50323** | | J | **Insurance-Business** | | | | 219.00 |
| Account No. **xxx8810**<br><br>**Creditor #: 37**<br>**Independent Insurance Group**<br>**8230 Hickman Ave**<br>**Po Box 7508**<br>**Urbandale, IA 50322** | | J | **Insurance-Business** | | | | 1,297.00 |
| Account No. **xxxx4359**<br><br>**Creditor #: 38**<br>**Insurex INC**<br>**11999 Katy Freeway STR 160**<br>**Houston, TX 77079** | | J | **Business expense** | | | | 787.69 |
| Account No. **3067**<br><br>**Creditor #: 39**<br>**Interstate Battery**<br>**Po Box 571**<br>**3421 Adventureland Dr**<br>**Altoona, IA 50009** | | J | **Business expense** | | | | 52.89 |

Sheet no. __7__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,794.58

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **James Raymond Cord, Jr.,**
**D'Ann Jameen Cord**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 40** <br> **Iowa Health Central Iowa Hosp. Corp.** <br> **PO Box 7044** <br> **Des Moines, IA 50309** | | J | **Medical** | | | | 150.00 |
| Account No. <br> **Creditor #: 41** <br> **Iowa Health Methodist** <br> **Central IA Hosp. Corp.** <br> **North 1 - Cashier** <br> **1200 Pleasant St** <br> **Des Moines, IA 50309-1454** | | J | **Medical** | | | | 266.10 |
| Account No. **xxxxxxxxxxxx2500** <br> **Creditor #: 42** <br> **John Deere Credit** <br> **Po Box 4450** <br> **Carol Stream, IL 60197** | | J | **Business loan** | | | | 2,043.43 |
| Account No. **xxxxxxx7518AB** <br> **Creditor #: 43** <br> **John Deere Credit** <br> **Po Box 4450** <br> **Carol Stream, IL 60197** | | J | **Business expense** | | | | 1,418.13 |
| Account No. **xx866-1** <br> **Creditor #: 44** <br> **KCCI** <br> **888 9th ST** <br> **Des Moines, IA 50309** | | J | **Business expense** | | | | 3,500.00 |

Sheet no. __8__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,377.66

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **James Raymond Cord, Jr.,**
         **D'Ann Jameen Cord**                                      Case No. _____

_____,
                                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **CH 7940** <br><br>**Creditor #: 45**<br>**Kum & Go**<br>**4201 Westown Parkway**<br>**West Des Moines, IA 50265** | | J | **Business expense** | | | | 790.66 |
| Account No. **CORDLW** <br><br>**Creditor #: 46**<br>**Leydens And Assoc.INC.**<br>**4333 Park Ave**<br>**Des Moines, IA 50321** | | J | **Business expense** | | | | 744.92 |
| Account No. **xxxxxxx-0000** <br><br>**Creditor #: 47**<br>**Liberty Mutual Insurance Group**<br>**75 Remittance Drive**<br>**Suite 1837**<br>**Chicago, IL 60657** | | J | **Business expense** | | | | 3,038.00 |
| Account No. **xxxxxxx-xxx0037** <br><br>**Creditor #: 48**<br>**Lowe's Business Accounts**<br>**Po Box 4596**<br>**Carol Stream, IL 60197** | | J | **Business expense** | | | | 2,526.32 |
| Account No. **xxxx-xx-xxx-xxx5584** <br><br>**Creditor #: 49**<br>**Medicom**<br>**2205 Ingersoll Ave**<br>**Des Moines, IA 50312** | | J | **Cable** | | | | 290.73 |

Sheet no. __9__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          7,390.63

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **James Raymond Cord, Jr.,**  
   **D'Ann Jameen Cord**                         Case No. _____

_____,  
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **CH 8137**<br>**Creditor #: 50**<br>**Medicom**<br>**2205 Ingersoll Ave**<br>**Des Moines, IA 50312** | | J | **Cable** | | | | 55.90 |
| Account No. **xxxxxxxxxxxx4184**<br>**Creditor #: 51**<br>**Menards**<br>**4777 Menard Dr.**<br>**Eau Claire, WI 54703** | | J | **Business expense** | | | | 699.17 |
| Account No.<br>**Creditor #: 52**<br>**MidAmerican Energy**<br>**Des Moines, IA 50311** | | J | **Utilities** | | | | 1,066.00 |
| Account No. **xx0458M**<br>**Creditor #: 53**<br>**Midwest Engine Warehouse**<br>**10606 S. 144th St**<br>**Omaha, NE 68138** | | J | **Business expense** | | | | 1,859.90 |
| Account No.<br>**Creditor #: 54**<br>**Midwest Engine Warehouse**<br>**9630 Woodend Rd**<br>**Kansas City, KS 66111** | | J | **Business expense** | | | | 360.00 |

Sheet no. __10__ of __15__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)   **4,040.97**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **James Raymond Cord, Jr.,**
        **D'Ann Jameen Cord**                                   Case No. _____

                                                                        ,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **CH 8162** <br><br>**Creditor #: 55**<br>**Midwest Wheel**<br>**PO Box 1461**<br>**Des Moines, IA 50306** | | J | **Business expense** | | | | 35.91 |
| Account No. **xxxxx2087** <br><br>**Creditor #: 56**<br>**Nextel Partners, Inc.**<br>**PO Box 4192**<br>**Carol Stream, IL 60197-4192** | | J | **Business Expense** | | | | 6,419.72 |
| Account No. <br><br>**Creditor #: 57**<br>**Oaks Development**<br>**2171 Grand Ave.**<br>**West Des Moines, IA 50265** | | J | **Business Lease** | | | | 10,200.00 |
| Account No. **xxxxxxxxxxxx0970** <br><br>**Creditor #: 58**<br>**Orchard Bank/Household**<br>**PO Box 5222**<br>**Carol Stream, IL 60197-5222** | | J | **Credit card purchases** | | | | 210.77 |
| Account No. **CORD-0001** <br><br>**Creditor #: 59**<br>**Paul Janssen/ Cutter law Firm**<br>**1307 50th ST**<br>**West Des Moines, IA 50266** | | J | **Attorney fees-Business** | | | | 1,492.25 |

Sheet no. __11__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        18,358.65

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **James Raymond Cord, Jr.,**
      **D'Ann Jameen Cord**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7443** <br> **Creditor #: 60** <br> **Professional Account Managment LLC** <br> **Po Box 391** <br> **Milwaukee, WI 53201** | | J | Collection | | | | 20.00 |
| Account No. **CH 8147** <br> **Creditor #: 61** <br> **Professional Account Managment LLC** <br> **Po Box 391** <br> **Milwaukee, WI 53201** | | J | Insufficient Funds | | | | 20.00 |
| Account No. **xxxxxx215-0** <br> **Creditor #: 62** <br> **Progressive** <br> **Po Box 30108** <br> **Tampa, FL 33630** | | J | Insurance | | | | 1,094.79 |
| Account No. **xxxxx174-0** <br> **Creditor #: 63** <br> **Progressive** <br> **Po Box 30108** <br> **Tampa, FL 33630** | | J | Insurance-Business | | | | 20.00 |
| Account No. **xxxxxx0725** <br> **Creditor #: 64** <br> **Qwest** <br> **Po Box 91103** <br> **Seattle, WA 98111** | | J | Business expense | | | | 1,280.23 |

Sheet no. __12__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **2,435.02**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **James Raymond Cord, Jr.,**
**D'Ann Jameen Cord**
Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx xxx xxx6 350** <br> **Creditor #: 65** <br> **Qwest** <br> **Po Box 91103** <br> **Seattle, WA 98111** | | J | **Telephone-Business** | | | | 107.67 |
| Account No. **xxx xxx xxx9 213** <br> **Creditor #: 66** <br> **Qwest** <br> **Po Box 91103** <br> **Seattle, WA 98111** | | J | **Telephone-Business** | | | | 83.81 |
| Account No. **Corad Lawn** <br> **Creditor #: 67** <br> **Rhino Materials** <br> **480 S. 16th Street** <br> **PO Box 65667** <br> **West Des Moines, IA 50265** | | J | **Business Expense** | | | | 13,855.00 |
| Account No. <br> **Creditor #: 68** <br> **Sam's Club** <br> **1101 73rd St** <br> **Des Moines, IA 50311** | | J | **Miscellaneous-Business** | | | | 233.52 |
| Account No. **xxxx-xxxx-xxxx-9251** <br> **Creditor #: 69** <br> **Sears Mastercard** <br> **PO Box 6564** <br> **The Lakes, NV 88901** | | J | **Business Expense** | | | | 15,184.56 |

Sheet no. __13__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,464.56

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re     **James Raymond Cord, Jr.,**
          **D'Ann Jameen Cord**                                    Case No. _____

_____,
                                     Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3020** <br> **Creditor #: 70** <br> **Security Check LLC** <br> **Po Box 1530 Dept. 010** <br> **Southaven, MS 38671** | | J | **Business expense** | | | | 843.59 |
| Account No. **7938** <br> **Creditor #: 71** <br> **Security Check LLC** <br> **Po Box 1530 Dept. 010** <br> **Southaven, MS 38671** | | J | **Insufficient Funds-Business** | | | | 151.70 |
| Account No. <br> **Creditor #: 72** <br> **True Value** <br> **100 Grand Ave** <br> **West Des Moines, IA 50265** | | J | **Business expense** | | | | 45.96 |
| Account No. **CH 8075** <br> **Creditor #: 73** <br> **True Value** <br> **100 Grand Ave** <br> **West Des Moines, IA 50265** | | J | **Business expense** | | | | 22.78 |
| Account No. **CH 7974** <br> **Creditor #: 74** <br> **True Value** <br> **100 Grand Ave** <br> **West Des Moines, IA 50265** | | J | **Insufficient Funds** | | | | 15.96 |

Sheet no. __14__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **1,079.99**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **James Raymond Cord, Jr.,**
    **D'Ann Jameen Cord**                                    Case No. _____

_____,
                                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx611 m1**<br>**Creditor #: 75**<br>**USPS DUNSDEMAND**<br>**305 Fellowship RD**<br>**Suite 100**<br>**PO Box  5472**<br>**Mount Laurel, NJ** | | J | **Business expense** | | | | 136.00 |
| Account No. **xxx-xxxxxxx-x516-8**<br>**Creditor #: 76**<br>**Waste Management**<br>**PO Box AX**<br>**Des Moines, IA 50303** | | J | **Business expense** | | | | 580.46 |
| Account No. **xx-3486**<br>**Creditor #: 77**<br>**WDSM Waterworks**<br>**PO Box 65700**<br>**West Des Moines, IA 50265** | | J | **Business expense** | | | | 426.64 |
| Account No. **xx2426**<br>**Creditor #: 78**<br>**Xact**<br>**P.O. Box 1398**<br>**Burnsville, MN 55337-0398** | | J | **Collection** | | | | 65.91 |
| Account No. **xx3231**<br>**Creditor #: 79**<br>**Yellow Book**<br>**PO Box 14482**<br>**Des Moines, IA 50306** | | J | **Business expense** | | | | 1,261.77 |

Sheet no. __15__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 2,470.78 |
| Total (Report on Summary of Schedules) | 153,451.90 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **James Raymond Cord, Jr.,**
     **D'Ann Jameen Cord**                                     Case No. _____

                                         ,
                           Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
        schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

   **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

In re   **James Raymond Cord, Jr.,**                                  Case No. _____
        **D'Ann Jameen Cord**
_____,
                                                    Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6I
(12/03)

In re  **James Raymond Cord, Jr.**
       **D'Ann Jameen Cord**                                                    Case No. _____
                                    Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>**Son**<br>**Son** | AGE<br>**10 months**<br>**5** |

| **EMPLOYMENT** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sales** | **Administrative Coordinator** |
| Name of Employer | **Jacobson Transportation** | **Pioneer Hybrid International** |
| How long employed | **1 month** | **1 year** |
| Address of Employer | **West Des Moines, IA** | **Johnston, IA** |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ **3,630.00** | $ **3,300.00** |
| Estimated monthly overtime | $ **0.00** | $ **0.00** |
| SUBTOTAL | $ **3,630.00** | $ **3,300.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **469.00** | $ **500.00** |
| b. Insurance | $ **0.00** | $ **66.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify) | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ **469.00** | $ **566.00** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ **3,161.00** | $ **2,734.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ **0.00** | $ **0.00** |
| Income from real property | $ **0.00** | $ **0.00** |
| Interest and dividends | $ **0.00** | $ **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| Social security or other government assistance (Specify) | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| Pension or retirement income | $ **0.00** | $ **0.00** |
| Other monthly income (Specify) | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| TOTAL MONTHLY INCOME | $ **3,161.00** | $ **2,734.00** |

TOTAL COMBINED MONTHLY INCOME          $          **5,895.00**          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re **James Raymond Cord, Jr.**
**D'Ann Jameen Cord** _____ Case No. _____
                        Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,636.00 |
| Are real estate taxes included?              Yes ___      No **X** | |
| Is property insurance included?              Yes ___      No **X** | |
| Utilities:        Electricity and heating fuel | $ 251.00 |
|                   Water and sewer | $ 55.00 |
|                   Telephone | $ 75.00 |
|                   Other _____ | $ 0.00 |
| Home maintenance (repairs and upkeep) | $ 100.00 |
| Food | $ 800.00 |
| Clothing | $ 125.00 |
| Laundry and dry cleaning | $ 35.00 |
| Medical and dental expenses | $ 105.00 |
| Transportation (not including car payments) | $ 350.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|                   Homeowner's or renter's | $ 91.00 |
|                   Life | $ 0.00 |
|                   Health | $ 0.00 |
|                   Auto | $ 140.00 |
|                   Other _____ | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
|                   (Specify) _____ | $ 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
|                   Auto | $ 331.00 |
|                   Other **2nd Vehicle** | $ 462.00 |
|                   Other **2nd Mortgage** | $ 357.00 |
|                   Other _____ | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other **See Detailed Expense Attachment** | $ 1,346.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 6,359.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $ N/A |
| B.  Total projected monthly expenses | $ N/A |
| C.  Excess income (A minus B) | $ N/A |
| D.  Total amount to be paid into plan each _____ | $ N/A |
| (interval) | |

**James Raymond Cord, Jr.**
In re **D'Ann Jameen Cord**                                                    Case No. _____
Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
**Detailed Expense Attachment**

**Other Expenditures:**

| | | |
|---|---|---:|
| Car Licenses | $ | 26.00 |
| School Lunches / Activities | $ | 40.00 |
| Daycare | $ | 1,150.00 |
| Haircuts | $ | 30.00 |
| Miscellaneous | $ | 100.00 |
| **Total Other Expenditures** | $ | **1,346.00** |

# United States Bankruptcy Court
### Southern District of Iowa

In re   **James Raymond Cord, Jr.**
      **D'Ann Jameen Cord**                           Case No. _____

                        Debtor(s)            Chapter    **7**_____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
**31** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my
knowledge, information, and belief.

Date  **June 23, 2005**_____       Signature   **/s/ James Raymond Cord, Jr.**_____

                                                    **James Raymond Cord, Jr.**
                                                    Debtor

Date  **June 23, 2005**_____       Signature   **/s/ D'Ann Jameen Cord**_____

                                                      **D'Ann Jameen Cord**
                                                    Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§   152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form 7
(12/03)

# United States Bankruptcy Court
### Southern District of Iowa

In re   **James Raymond Cord, Jr.**
**D'Ann Jameen Cord**                                         Case No. _____

Debtor(s)                          Chapter   **7** _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
| --- | --- |
| **$0.00** | **2005 income to date - H** |
| **$14,800.00** | **2005 income to date - W** |
| **$179,433.00** | **2004 income - H loss** |
| **$36,002.00** | **2004 income - W** |
| **$79,706.00** | **2003 income - H loss** |
| **$28,449.00** | **2003 income - W** |

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

2

**2. Income other than from employment or operation of business**

None ■
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None □
a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Your Best Rate Financial Po Box 712 Des Moines, IA 50309** | **Debtors are making their regular monthly house payment $1,636.00** | **$4,908.00** | **$195,000.00** |
| **First American Bank 12333 University Avenue Clive, IA 50325** | **Debtors are making their regular monthly house payment $357.00 (2nd mortgage)** | **$1,071.00** | **$129,000.00** |
| **John Milller 974 73rd ST Des Moines, IA 50312** | **5-05- for services rendered in winding down corportion business, selling assets, negotitations with secured creditors and other creditors.** | **$3,000.00** | **$0.00** |

None ■
b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ■
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**5. Repossessions, foreclosures and returns**

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Miller Law Firm, P.C.** **974 73rd St.,** **Suite 22** **Des Moines, IA 50312** | **5/05** | **209 filing fee** **2000 attorney fee** |

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                          Best Case Bankruptcy

4

**10. Other transfers**

None
■
List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

**11. Closed financial accounts**

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■
If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                                        Best Case Bankruptcy

5

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Cord Lawn Care & Landscaping, Inc.** | | **2340 Grand Avenue West Des Moines, IA** | **Landscaping and Lawncare Services** | **12/2002 to 5-05** |

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

6

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Alicia Floyd, CPA**<br>**6048 Centre Street**<br>**Carlisle, IA 50047** | **2001-2005** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Alicia Floyd, CPA** | **6048 Centre Street**<br>**Carlisle, IA 50047** | **2001-2005** |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Alicia Floyd, CPA**<br>**2001-2005** | **6048 Centre Street**<br>**Carlisle, IA 50047** |

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **First American Bank**<br>**12333 University Avenue**<br>**Clive, IA 50325** | **January 2004, January 2005** |

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

7

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **James R. Cord**<br>**3320 Park Avenue**<br>**Des Moines, IA 50321** | **Vice President** | **49%** |
| **D'Ann J. Cord**<br>**3320 Park Avenue**<br>**Des Moines, IA 50321** | **President** | **51%** |

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **James R. Cord**<br>**3320 Park Avenue**<br>**Des Moines, IA 50321** | **Vice President** | **49%** |
| **D'Ann R. Cord**<br>**3320 Park Avenue**<br>**Des Moines, IA 50321** | **President** | **51%** |

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

8

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                                   TAXPAYER IDENTIFICATION NUMBER

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __**June 23, 2005**__          Signature   __**/s/ James Raymond Cord, Jr.**__

**James Raymond Cord, Jr.**
Debtor


Date __**June 23, 2005**__          Signature   __**/s/ D'Ann Jameen Cord**__

**D'Ann Jameen Cord**
Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
## Southern District of Iowa

In re  **James Raymond Cord, Jr.**
   **D'Ann Jameen Cord**                                 Case No. _____
                                        Debtor(s)     Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

| | **Description of Property** | **Creditor's name** |
|---|---|---|
| **1.** | **Blanket security intrest and UCC filiing on all equipment, tools, inventory, A/R of Cord INC.** | **First American Bank** |
| **2.** | **Blanket security intrest and UCC filiing on all equipment, tools, inventory, A/R of Cord INC.** | **First American Bank** |
| **3.** | **2004 Ford FX4 4x4** | **Ford Motor Company** |
| **4.** | **Business Equipment** | **John Deere Credit** |

*b. Property to Be Retained*                             *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **1.** | **2004 Ford Mustang** | **Capitol One Auto Finance** | | | **X** |
| **2.** | **Homestead located at 3320 Park Avenue and legally described as: Lot 1 Park Woods, an Official Plat, now included in and forming a part of the City of Des Moines, Polk County, Iowa.** | **First American Bank** | | | **X** |
| **3.** | **2003 Ford Escape** | **Spiffy Financial Auto** | | | **X** |
| **4.** | **Homestead located at 3320 Park Avenue and legally described as: Lot 1 Park Woods, an Official Plat, now included in and forming a part of the City of Des Moines, Polk County, Iowa.** | **Your Best Rate Financial** | | | **X** |

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 8
(12/03)

In re  **James Raymond Cord, Jr.**
       **D'Ann Jameen Cord**                                          Case No. _____
                              Debtor(s)


# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION


Date  **June 23, 2005**              Signature  **/s/ James Raymond Cord, Jr.**
                                                **James Raymond Cord, Jr.**
                                                Debtor


Date  **June 23, 2005**              Signature  **/s/ D'Ann Jameen Cord**
                                                **D'Ann Jameen Cord**
                                                Joint Debtor

## United States Bankruptcy Court
### Southern District of Iowa

In re  **James Raymond Cord, Jr.**
**D'Ann Jameen Cord**                                    Case No. _____
                                    Debtor(s)     Chapter   **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ **2,000.00** |
    | Prior to the filing of this statement I have received | $ **2,000.00** |
    | Balance Due | $ **0.00** |

2. $ **209.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings and Affidavits to clear title to real estate property.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **June 23, 2005**          **/s/ John M. Miller**
                                    **John M. Miller IS9999255**
                                    **Miller Law Firm, P.C.**
                                    **974 73rd St.,**
                                    **Suite 22**
                                    **Des Moines, IA 50312**
                                    **515-225-3333  Fax: 515-457-9999**

---

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

# United States Bankruptcy Court
### Southern District of Iowa

In re   **James Raymond Cord, Jr.**
**D'Ann Jameen Cord**               Case No.           
                                    Debtor(s)         Chapter     **7**

## VERIFICATION OF MASTER ADDRESS LIST
## ON PAPER (CREDITOR MATRIX)

I (we) declare under penalty of perjury that I (we) have read the attached Master Address

List (creditor matrix), consisting of __8__ pages, and that it is true and correct to the best of my

(our) knowledge, information, and belief.

Date:   **June 23, 2005**                         **/s/ James Raymond Cord, Jr.**
                                         **James Raymond Cord, Jr.**
                                         Signature of Debtor

Date:   **June 23, 2005**                         **/s/ D'Ann Jameen Cord**
                                         **D'Ann Jameen Cord**
                                         Signature of Debtor

VER_MTRX (Rev. 04/00)

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

ADP - Payroll
5701 Pine Island Road Suite 360
Fort Lauderdale, FL 33321


Advance Stores Company
PO Box 60022
City Of Industry, CA 91716


American Express
PO Box 650448
Dallas, TX 75265


Andrew Nish
4400 Greenwood Dr
Des Moines, IA 50312


Aspen Athletic
PO Box 1750
Escondido, CA 92033


Associated Anesthesiologist
1215 Pleasant St., Ste. 400
Des Moines, IA 50309


AT & T Universal Card
Po Box 688903
Des Moines, IA 50368


Biehl & Biehl
PO Box 66415
Amf Ohare, IL 60666


BMG
P.O. Box 91545
Indianapolis, IN 46291-0545

Capitol One Auto Finance
P.O. Box 255605
Sacramento, CA 95865


Certegy Payment Recovery Services, Inc.
550 Greensboro Ave
Suite 301
Tuscaloosa, AL 35401


Check Recovery Solutions
2611 Ingersoll Ave
Des Moines, IA 50311


Cingular Wireless
Po Box 6438
Carol Stream, IL 60197


Citicards
Po Box 45129
Jacksonville, FL 32232


City of Iowa City
Treasury Division
410 E Washington ST
Iowa City, IA 52240


Clive Power Equipment
7600 Universtiy
Suite D
Clive, IA 50325


CRA Security Systems
P.O. Box 67555
Harrisburg, PA 17106-7555


Dex Media
6401 Sycamore Court N
Osseo, MN 55369

Discover Card
PO Box 30395
Salt Lake City, UT 84130-0395

Discover Financial Services
PO Box 3008
New Albany, OH 43054

First American Bank
12333 University Avenue
Clive, IA 50325

First Data Leasing Solutions
PO Box 407092
Fort Lauderdale, FL 33340

First Premier
900 W Delaware Street
Sioux Falls, SD 57104-0347

First Premier
PO Box 5147
Sioux Falls, SD 57117-5147

Ford Motor Company
P.O. Box 152271
Irving, TX 75015

Great American Outdoor
710 East Army Post RD
Des Moines, IA 50315

Household
PO Box 4155
Carol Stream, IL 60197

HSBC Business Solutions
Po box 5219
Carol Stream, IL 60197


Hy-Vee
PO Box 42396
Urbandale, IA 50322


Independent Insurance Associates
PO Box 7508
Urbandale, IA 50323


Independent Insurance Group
8230 Hickman Ave
Po Box 7508
Urbandale, IA 50322


Insurex INC
11999 Katy Freeway STR 160
Houston, TX 77079


Internal Revenue Service
Associate Area Counsel
Roman L. Hruska Courthouse
111 South 18th Plaza, Suite 2201
Omaha, NE 68102-1321


Internal Revenue Service
Insolvency Group
210 Walnut Street, Stop 5301
Des Moines, IA 50309-2109


Interstate Battery
Po Box 571
3421 Adventureland Dr
Altoona, IA 50009


Iowa Department of Revenue & Finance
Attn: Bankruptcy Unit
Hoover State Office Building
Des Moines, IA 50309

Iowa Dept of Revenue
Hoover State Office Bldg.
Des Moines, IA 50319


Iowa Health Central Iowa Hosp. Corp.
PO Box 7044
Des Moines, IA 50309


Iowa Health Methodist
Central IA Hosp. Corp.
North 1 - Cashier
1200 Pleasant St
Des Moines, IA 50309-1454


John Deere Credit
PO Box 4450
Carol Stream, IL 60197


KCCI
888 9th ST
Des Moines, IA 50309


Kum & Go
4201 Westown Parkway
West Des Moines, IA 50265


Leydens And Assoc.INC.
4333 Park Ave
Des Moines, IA 50321


Liberty Mutual Insurance Group
75 Remittance Drive
Suite 1837
Chicago, IL 60657


Lowe's Business Accounts
Po Box 4596
Carol Stream, IL 60197

Medicom
2205 Ingersoll Ave
Des Moines, IA 50312

Menards
4777 Menard Dr.
Eau Claire, WI 54703

MidAmerican Energy
Des Moines, IA 50311

Midwest Engine Warehouse
10606 S. 144th St
Omaha, NE 68138

Midwest Engine Warehouse
9630 Woodend Rd
Kansas City, KS 66111

Midwest Wheel
PO Box 1461
Des Moines, IA 50306

Nextel Partners, Inc.
PO Box 4192
Carol Stream, IL 60197-4192

Oaks Development
2171 Grand Ave.
West Des Moines, IA 50265

Orchard Bank/Household
PO Box 5222
Carol Stream, IL 60197-5222

Paul Janssen/ Cutter law Firm
1307 50th ST
West Des Moines, IA 50266


Professional Account Managment LLC
Po Box 391
Milwaukee, WI 53201


Progressive
Po Box 30108
Tampa, FL 33630


Qwest
Po Box 91103
Seattle, WA 98111


Rhino Materials
480 S. 16th Street
PO Box 65667
West Des Moines, IA 50265


Sam's Club
1101 73rd St
Des Moines, IA 50311


Sears Mastercard
PO Box 6564
The Lakes, NV 88901


Security Check LLC
Po Box 1530 Dept. 010
Southaven, MS 38671


Spiffy Financial Auto
PO Box 8021
South Hackensack, NJ 07606

True Value
100 Grand Ave
West Des Moines, IA 50265


U.S. Attorneys Office (IRS)
110 E. Court Avenue, Ste. 286
Des Moines, IA 50309-2053


USPS DUNSDEMAND
305 Fellowship RD
Suite 100
PO Box  5472
Mount Laurel, NJ


Waste Management
PO Box AX
Des Moines, IA 50303


WDSM Waterworks
PO Box 65700
West Des Moines, IA 50265


Xact
P.O. Box 1398
Burnsville, MN 55337-0398


Yellow Book
PO Box 14482
Des Moines, IA 50306


Your Best Rate Financial
Po Box 712
Des Moines, IA 50309


Iowa Dept of Revenue & Finance
Attn: Bankrutpcy Unit
Hoover State Office Building
Des Moines, IA 50309